IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02009-BNB

EARL CROWNHART,

    Plaintiff,

v.

GARY SULLIVAN,
SGT. BLATTER,
SGT. LOYD,
SGT. CEDENA,
LARRY REID, and
SGT. KAUFFMAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Earl Crownhart, is in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Mr. Crownhart has filed a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. The Court must construe the Complaint liberally because Mr. Crownhart is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Crownhart will be ordered to file an Amended Complaint.

The Court has reviewed the most recent Complaint filed by Mr. Crownhart on October 8, 2008, and finds that it is deficient. Mr. Crownhart asserts three claims. In Claim Two, he fails to allege facts that demonstrate which named Defendants

personally participated in the alleged constitutional violation of mail tampering. Mr. Crownhart names different staff members in Claim Two but only one of the individuals, Sergeant Cedena, is named as a defendant in the case. The only claim Mr. Crownhart asserts against Sergeant Cedena is that he "failed due process remedy as requested."

Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Crownhart must show that each named defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Crownhart will be directed to file an Amended Complaint that alleges how each properly named defendant personally participated in the asserted constitutional violation. Mr. Crownhart must assert all claims in the Amended Complaint. The Amended "[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Crownhart file **within thirty days from the date of this Order** an Amended Complaint that complies with the Order. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Mr. Crownhart, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint. It is

FURTHER ORDERED that if Mr. Crownhart fails to file an Amended Complaint that complies with this Order, within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that the only pleading to be submitted to the Court at this time is an Amended Complaint. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED October 15, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02009-BNB

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 10/15/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk