IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02009-ZLW

EARL CROWNHART,

    Plaintiff,

v.

GARY SULLIVAN,
SGT. BLATTNER,
SGT. LOYD,
SGT. CEDENA,
LARRY REID, and
SGT. KAUFFMAN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On December 11, 2008, Plaintiff submitted two pleadings, (Doc. Nos. 28 and 29), to the Court, in which he appears to request that a motion for summary judgment be granted. The instant action was dismissed on November 26, 2008. Plaintiff's requests are inappropriate and will be disregarded by the Court.

Dated: February 2, 2009

A copy of this Minute Order mailed on February 2, 2009, to the following:

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

                                          Secretary/Deputy Clerk