**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02009-ZLW

EARL CROWNHART,

    Plaintiff,
v.

GARY SULLIVAN,
SGT. BLATTNER,
SGT. LOYD,
SGT. CEDENA,
LARRY REID, and
SGT. KAUFFMAN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On February 24, 2012, Plaintiff submitted a request to reopen twenty-one cases, including the instant action.  *See* Doc. No. 43.  Plaintiff's request is denied.

Dated:  February 25, 2012